UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW CLINTON DAVIS,

    Plaintiff,

v.	Case No. 1:20-cv-903
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

    In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: September 13, 2022	/s/ Ray Kent
    RAY KENT
    United States Magistrate Judge